Ramiro Castro, Esquire, Law Offices of Ramiro Castro, San Francisco, CA, for Petitioner.

James A. Hurley, Norah Ascoli Schwarz, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Alfredo Morales–Gutierrez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination. *Lopez–Alvarado v. Ashcroft,* 381 F.3d 847, 850–51 (9th Cir.2004). We deny the petition for review.

Substantial evidence supports the agency's conclusion that Morales–Gutierrez did not meet his burden of establishing continuous physical presence, *see* 8 U.S.C. § 1229b(b)(1)(A), because his testimony was internally inconsistent and was inconsistent with his witness' testimony about Morales–Gutierrez's entry date, addresses, and employment for the requisite time period. *Cf. Vera–Villegas v. INS,* 330 F.3d 1222, 1231–34 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

**Mario HERNANDEZ GONZALEZ, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**Nos. 07–71568, 08–70702.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Nikhil M. Shah, I, Esquire, General, Law Offices of Nikhil M. Shah, Los Angeles, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Kristina Rencic Sracic, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

### MEMORANDUM **

In these consolidated petitions for review, Mario Hernandez Gonzalez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal,

** This disposition is not appropriate for publication and is not precedent except as provid-

and the BIA's order denying his motion to reopen, based on ineffective assistance of counsel. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination, *Lopez–Alvarado v. Ashcroft*, 381 F.3d 847, 850–51 (9th Cir.2004), and for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petitions for review.

■ The record does not compel the conclusion that Hernandez Gonzalez met his burden to establish continuous physical presence where he provided insufficient evidence of his presence from 1993 to 2000. *See Singh–Kaur v. INS*, 183 F.3d 1147, 1150 (9th Cir.1999) (a contrary result is not compelled where there is "[t]he possibility of drawing two inconsistent conclusions from the evidence") (internal quotation marks and citation omitted).

■ The BIA acted within its discretion in denying as untimely Hernandez Gonzalez's motion to reopen because it was filed more than 90 days after the BIA's final removal order, *see* 8 C.F.R. § 1003.2(c)(2), and Hernandez–Gonzalez did not show he was entitled to equitable tolling, *see Iturribarria*, 321 F.3d at 897.

**PETITIONS FOR REVIEW DENIED.**